CAIRNS and wife v. CHABERT and wife.

---

A tenant for life must keep down ordinary taxes ; and where she did not do so, the court directed a temporary receiver to be appointed to pay them, unless the tenant for life, within forty days, showed they were paid.

It would seem, that where assessments, going to permanent benefit, occur, it may be right to apportion the payment between tenant for life and remainder man ; but not to throw it all upon the tenant for life.

---

April 22,
1839.

Tenant for
life.
Taxes in
arrear.
Receiver.
Assessment

BILL against tenant for life to restrain the disposition of property and to keep down assessments and taxes. The tenant for life, Susannah Elizabeth Chabert, who was sole executrix and in receipt of the rents of the realty, had allowed the taxes to run in arrear for two years. A motion was made for a temporary receiver to collect rents and pay the taxes.

Mr. *James Smith*, for the motion.

Mr. *Anthon*, contra.

THE VICE-CHANCELLOR :—The present motion is pressed on account of arrears of taxes. The tenant for life is bound to keep down ordinary charges for taxes and repairs out of the rents and income of the estate. The principle, perhaps, might not apply in relation to an assessment which goes to

permanent benefit of the inheritance. In such a case, it is likely that some rule of apportionment would have to be resorted to. Here, the application is in regard to the payment of ordinary taxes. Let an order of reference to a master be entered, to appoint a receiver of so much of the rents and income of the estate as shall be necessary to pay off and discharge the taxes now due and in arrear to the corporation of the city of New-York from any part or portion of the estate ; unless, within forty days from the service of a copy of the order, the defendants, Chabert and wife, shall show, to the satisfaction of the master, that the taxes have been paid.